**Bankole O. OGUNBAMISE,
Plaintiff–Appellant,**

v.

**WELLSTAR COBB HOSPITAL, 2–
South, Defendant–Appellee.**

No. 08–16046.

United States Court of Appeals,
Eleventh Circuit.

July 30, 2009.

Bankole O. Ogunbamise, Mableton, GA, pro se.

Charles L. Bachman, Jr., Seyfarth Shaw LLP, Atlanta, GA, for Defendant–Appellee.

Before DUBINA, Chief Judge,
TJOFLAT, Circuit Judge, and BOWEN,* District Judge.

PER CURIAM:

Appellant Bankole Ogunbamise, *pro se*, appeals the district court's grant of summary judgment to Ogunbamise's former employer, WellStar Health System, Inc. ("WellStar"), in his age discrimination and retaliation suit, filed pursuant to the Age Discrimination and Employment Act, 29 U.S.C. § 623(a)(1), (d) ("ADEA").

We review a court's grant of summary judgment *de novo*. *Cofield v. Goldkist, Inc.*, 267 F.3d 1264, 1267 (11th Cir.2001).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we first conclude that the district court properly granted summary judgment on Ogunbamise's ADEA claim because Ogunbamise did not establish that he was replaced by a younger individual or treated differently than a similarly situated person.

As to Ogunbamise's retaliation claim, we conclude from the record that the district court properly found that Ogunbamise failed to present a prima facie case of retaliation because he failed to show a causal connection between his protected

---

* Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

activity and the alleged adverse employment actions he suffered. Accordingly, we affirm the district court's grant of summary judgment in favor of WellStar.

**AFFIRMED.**